UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NICOLAS BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

Defendant, Union Pacific Railroad Company ("Union Pacific"), by and through its undersigned attorney, files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446, of an action filed in the District Court of Minnesota, Tenth Judicial Circuit, Anoka County, entitled "*Nicolas Bell v. Union Pacific Railroad Company*" currently pending there. In support of this notice, Union Pacific states as follows:

1. Attached as Exhibit 1 is a true and correct copy of the Complaint. The Complaint has not yet been filed in the District Court of Minnesota, Tenth Judicial Circuit, Anoka County.

2. Union Pacific was served with the Summons and Complaint on June 10, 2020. A true and correct copy of the papers served upon Union Pacific are attached to this filing as Exhibit 2.

3. No appearances have been filed by Union Pacific in the state court action. No other pleadings or orders have been entered in the pending state court action. A copy of this Notice of Removal will be promptly served upon Plaintiff and filed with the clerk of the state court.

4. Plaintiff's Complaint seeks recovery against Union Pacific under the theories of negligence, attractive nuisance, and strict liability.

5. Upon information and belief, Plaintiff is a resident of the State of Minnesota.

6. Union Pacific's principal place of business is in Omaha, Nebraska. It is incorporated in the State of Delaware.

7. Plaintiff's Complaint alleges that Plaintiff sustained injuries to his right foot leading to amputation as a result of the incident that is the subject of his Complaint. On information and belief, the amount in controversy, exclusive of interest and costs, is in excess of the jurisdictional requirement.

8. By virtue of the diversity of citizenship between the parties and the amount in controversy, this Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332(a) and (c) and, therefore, Defendant is entitled to remove this action pursuant to 28 U.S.C. §1441(a) and (b).

9. This Notice of Removal has been filed within 30 days after receipt of the Summons and Complaint, which were first received by Union Pacific on or after June 10, 2020. The Notice of Removal is therefore timely under 28 U.S.C. §1446(b).

WHEREFORE, Defendant Union Pacific Railroad Company prays that the instant civil action now pending in the District Court of Minnesota, Tenth Judicial Circuit, Anoka County, be removed to the United States District Court, District of Minnesota.

Dated: June 18, 2020 Respectfully submitted,

UNION PACIFIC RAILROAD COMPANY

By: s/  Sarah-Joël M. Privert
Sarah-Joël M. Privert, #400327
Union Pacific Railroad Company
101 North Wacker Drive, Room 1920
Chicago, IL 60606
Tel:  312-777-2056
Fax:  877-213-4433
smpriver@up.com

and

By: s/  Dan Gendreau
Dan Gendreau, #264088
Donna Law Firm
7601 France Avenue South, Suite 350
Minneapolis, MN 55435
Tel: 952.562.2460
dgendreau@donnalaw.com

*Attorneys for Union Pacific Railroad Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record as listed below by:

____   United States Mail, postage prepaid and sealed;

_____   United States Certified Mail, postage prepaid and return receipt requested;

_____   Hand Delivery;

_____   UPS / Next Day Air;

_____   Facsimile Transmission;

__X__   Local Rule 5.1 Electronic Case Filing (U.S.D.C., MN); and/or

__X__   Email (pdf)

on June 18, 2020.

Jeremy L. Brantingham  
Brantingham Law Office  
2200 E. Franklin Avenue, Suite 202  
Minneapolis, MN 55404  
Phone: (612) 339-9700  
j.brantingham@brantinghamlaw.com

                                 s/      Sarah-Joël M. Privert  
                                       Sarah-Joël M. Privert