# UNITED STATES DISTRICT COURT
## District of Minnesota

Nicolas Bell

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-cv-1393 WMW/KMM

Union Pacific Railroad Company,

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Union Pacific Railroad Company's motion to dismiss, (Dkt. 9), is GRANTED.

2. Plaintiff Nicolas Bell's complaint, (Dkt. 1), is DISMISSED WITHOUT PREJUDICE.

Date: 2/18/2021                                                                 KATE M. FOGARTY, CLERK